# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700310

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JOSEPH J. VARGO
Cryptologic Technician Interpretive Third Class (E-4), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commander, Navy Region Hawaii, Pearl Harbor,
HI.
Staff Judge Advocate's Recommendation: Lieutenant Commander
Louis E. Butler, USN.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 23 March 2018

———————————————

Before MARKS, JONES, and GERDING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court